**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **RG Construction, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **55-0826290** |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **510 Custer Way SE** <br> **Suite 302** <br> **tumwater, WA 98501** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Thurston** <br> County | **Location of principal assets, if different from principal place of business** <br> **37606 Mountain Hwy Eatonville, WA 98328** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  **rgcomst.com**

**6. Type of debtor**

- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

| Debtor | **RG Construction, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__2361__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| Debtor | **RG Construction, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | RG Construction, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 26, 2022**
MM / DD / YYYY

X **/s/ Fred Hicks**      **Fred Hicks**
Signature of authorized representative of debtor      Printed name

Title **President**

**18. Signature of attorney**

X **/s/ James F. Dart**      Date **April 26, 2022**
Signature of attorney for debtor      MM / DD / YYYY

**James F. Dart 16168**
Printed name

**Shoemaker & Dart, P.S., Inc.**
Firm name

**6706 24th Street W**
**Suite A**
**Tacoma, WA 98466**
Number, Street, City, State & ZIP Code

Contact phone **1-253-365-6363**      Email address **office@shoedartlaw.com**

**16168 WA**
Bar number and State

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 4

Case 22-40526-BDL     Doc 1     Filed 04/28/22     Ent. 04/28/22 11:11:33     Pg. 4 of 9

ACME CONSTRUCTION SUPPLY CO
4040 DOUGLAS WAY
LAKE OSWEGO, OR 97035


ATTORNEY GENERAL OF WA.
BANKRUPTCY & COLLECTIONS
800 FIFTH AVENUE
SUITE 2000
SEATTLE, WA 98104-3188


CALPORTLAND CO
PO BOX 3601
SEATTLE, WA 98124


CAPITAL INDUSTRIAL
2649 RW JOHNSON BLVD SW
TUMWATER, WA 98512


CHANNEL PARTNERS CAPITAL LLC
200 SOUTH O'CONNELL ST.
SUITE A #300
MARSHALL, MN 56258


CITY OF TACOMA
TAX AND LICENSE DIVISION
733 MARKET STREET
ROOM 21
TACOMA, WA 98402-3770


CITY OF TACOMA
PUBLIC UTILITIES DEPT.
PO BOX 11007
TACOMA, WA 98411-0007


COMCAST
440 YAUGER WAY SW
OLYMPIA, WA 98502


DAVID EVANS AND ASSOC
DEPT LA
PASADENA, CA 91185


DEPT OF LABOR & INDUSTRY
BANKRUPTCY SECTION
PO BOX 44170
OLYMPIA, WA 98504-4171

DEPT OF REVENUE
2101 4TH AVENUE
SUITE 1400
SEATTLE, WA 98121-2746


DEPT OF REVENUE
PO BOX 47473
OLYMPIA, WA 98504-7473


DICKSON CO
2315 S. PINE ST
KY 41770


EMPLOYMENT SECURITY DEPT
UI TAX ADMINISTRATION
PO BOX 9046
OLYMPIA, WA 98507-9046


GEORGE R. GILL
PO BOX 416
CHEHALIS, WA 98532


GILLIARDI LOGGING & CONST.
PO BOX 16
ELBE, WA 98330


GM FINANCIAL
PO BOX 183593
ARLINGTON, TX 76096


HD FOWLER
PO BOX 160
BELLEVUE, WA 98009-0160


HILLIER, SCHEIBMEIR, ET AL
299 NW CENTER ST
PO BOX 939
CHEHALIS, WA 98532


HONEY BUCKET
PO BOX 73399
PUYALLUP, WA 98373

I-5 SUPPLY
PO BOX 7039
OLYMPIA, WA 98507


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


INTERNAL REVENUE SERVICE
SMALL BUSINESS DIVISION
1201 PACIFIC AVE, SUITE 550
MS W801
TACOMA, WA 98402


JANKE TRUCKING INC
PO BOX 1163
NAPAVINE, WA 98565


KELLY CONNECT
8300 28TH CT NE
SUITE 100
 69500


LINVILLE LAW FIRM PLLC
800 FIFTH AVE
SUITE 3850
SEATTLE, WA 98104


MOUNTAIN STONE AGGREGATE LLC
30213 STATE ROUTE 507 S
ROY, WA 98580


PACIFIC DISPOSAL
2910 HOGUM BAY RD NW
OLYMPIA, WA 98516


PIERCE COUNTY TREASURER
2401 S. 35TH STREET
ROOM 142
TACOMA, WA 98409-3142


PUGET SOUND ENERGY
BOT-01H
PO BOX 91269
BELLEVUE, WA 98009-9269

ROADRUNNER CONCRETE CUTTING LL
5081 SE BOBCAT LAKE
PORT ORCHARD, WA 98367


RONALD A. HALL
PO BOX 1066
CENTRALIA, WA 98531


SHOPE CONCRETE
1618 E MAIN
PUYALLUP, WA 98371


SMALL & SONS DIST CO
112 THIRD NW
PO BOX 626
AUBURN, WA 98071


STAPLES BUSINESS CREDIT PLAN
701 E. 60TH STREET N BLDG 2
SIOUX FALLS, SD 57104-0432


TYLER RENTAL
5216 BORCH ST
KETCHIKAN, AK 99901


US ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WA 98101-1271


US-YELLOW
PO BOX 48098
JACKSONVILLE, FL 32247-8098


WAASHINGTON ROCK QUARRY
21711 103RD AVE CT E
BREMERTON, WA 98337


WILLIAMS OIL FILTER
PO BOX 2155
GLEN ALLEN, VA 23060

In re **RG Construction, Inc.**  Case No. _____
            Debtor(s)              Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **RG Construction, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **April 26, 2022** | **/s/ James F. Dart** |
| Date | **James F. Dart 16168** |
| | Signature of Attorney or Litigant |
| | Counsel for **RG Construction, Inc.** |
| | **Shoemaker & Dart, P.S., Inc.** |
| | **6706 24th Street W** |
| | **Suite A** |
| | **Tacoma, WA 98466** |
| | **1-253-365-6363 Fax:1-253-365-6364** |
| | **office@shoedartlaw.com** |